**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name: Sogo Industries, LLC and Satishchandra Varma v. Tarquin Polymers & Colors, Inc.

Appellate case number: 01-20-00200-CV

Trial court case number: 1125848

Trial court: County Civil Court at Law No. 1 of Harris County

Appellants, Sogo Industries, LLC and Satishchandra Varma, have filed a notice of appeal of the trial court's October 25, 2019 final judgment. Appellants filed, in this Court and the trial court, an "Affidavit of Indigence," requesting to be permitted to proceed on appeal without payment of costs. Accordingly, on December 29, 2020, the Clerk of this Court directed the trial court clerk to prepare, certify, and file, without advance payment of costs, a clerk's record on indigence with all trial court filings regarding or related to appellants' request to proceed without payment of costs on appeal, and any contest by any party to that request.

On January 19, 2021, the trial court clerk filed a clerk's record including appellants' "Affidavit of Indigence" filed in the trial court. *See* TEX. R. CIV. P. 145(a), (b), (d). The clerk's record does not reflect that a contest to the affidavit was filed. *See* TEX. R. CIV. P. 145(f). Accordingly, appellants cannot be required to pay costs, including fees charged by the trial court clerk for the preparation of the clerk's record, or by the court reporter(s) for preparation of the reporter's record. *See* TEX. R. CIV. P. 145(a), (c); TEX. R. APP. P. 20.1.

**The Clerk of this Court is directed to make an entry in this Court's records that appellants are allowed to proceed on appeal without payment of costs.** *See* TEX. R. CIV. P. 145(a); TEX. R. APP. P. 20.1.

Further, on March 11, 2020, the court reporter notified the Clerk of this Court that there is a reporter's record. **The court reporter is directed to file with this Court, within thirty days of the date of this order, and at no cost to appellants, a reporter's record.** *See* TEX. R. CIV. P. 145(a), (c); TEX. R. APP. P. 35.1.

It is so ORDERED.

Judge's signature:  _____/s/ Amparo Guerra_____
        ☑ Acting individually   ☐ Acting for the Court

Date:  __February 18, 2021____